# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| H&H MANUFACTURING COMPANY, INC. AND VINCENT H. TOMEI | : | No. 506 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| THOMAS R. TOMEI AND JEANETTE M. TOMEI | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JAMES F. FLANDREAU, ESQUIRE, EXECUTOR AD LITEM FOR THE ESTATE OF MARIE L. TOMEI, DECEASED | : | |
| | : | |
| | : | |
| PETITION OF:  JAMES F. FLANDREAU, ESQUIRE, EXECUTOR AD LITEM FOR THE ESTATE OF MARIE L. TOMEI, DECEASED | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.